| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Law Offices of Anthony O. Egbase<br>Anthony O. Egbase, SBN 181721<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>Tel. (213) 620-7070 Fax (213) 620-1200<br><br>☒ Attorney for Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 26 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY malcala    DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13  ~~CHANGES MADE BY COURT~~<br>CASE NUMBER 2:09-bk-17750-AA |
| In re:<br><br>BRUNO ANTONIO DANNA AND JOSEFINE DANNA<br><br>                                                           Debtor(s). | (No Hearing Required) |

## ORDER ON:

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

Based on Debtor's Motion filed on ___5/28/10____ as docket entry number _65_ ~~and the recommendation of the Chapter 13 Trustee,~~ it is ORDERED that Debtor's Motion is:

☒    **GRANTED**          ☐    DENIED

☐    GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐    GRANTED on the following conditions:
_____
_____
_____
_____

*(This Order is continued on the next page.)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                  **F 3015-1.14**

| In re:<br>BRUNO ANTONIO DANNA AND JOSEFINE DANNA<br><div align="right">Debtor(s).</div> | CHAPTER 13<br>CASE NUMBER 2:09-bk-17750-AA |
|---|---|

☐ Set for Hearing on _____ at _____.

###

DATED: July 26, 2010

_____
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                        F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| BRUNO ANTONIO DANNA AND JOSEFINE DANNA                               Debtor(s). | CASE NUMBER 2:09-bk-17750-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

A true and correct copy of the foregoing document described   Proposed Order on Chapter 13 Debtor's Motion under Local bankruptcy rule 3015-1 (n) and (w) to Modify plan or suspend payments  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   7/22/2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/22/10 | Joanne Sanchez | /s/ Joanne Sanchez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
F 3015-1.14

| In re:<br>BRUNO ANTONIO DANNA AND JOSEFINE DANNA    Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:09-bk-17750-AA |
|---|---|

Allied Credit/Alliance One
Attn: Bankruptcy
PO BOX 2449
Gig Harbor, WA 98335

Americredit
PO BOX 183853
Arlington, TX 76096

Awa Collections
po box 6605
Orange, CA 92863

Calif Student Aid
po box 419032
Rancho Cordova, CA 95741

Casa Linda
4815 Whittier Blvd
Los Angeles, CA 90022

Cititfingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Daniels Home Center
255 South Euclid Street
Anaheim, CA 92802

Chapter 13 Trustee
Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Er Solutions
Po Box 9004
Renton, WA 98057

FCI Loan Servicing
FKA Ritz Financial
17700 Castleton Street, Suite 538
Rowland Heights, CA 91748

Ford Motor Credit Corporation
PO Box 537901
Livonia, MI 48153

Francisco Flores

Gc Services
Attn: Bankruptcy
6330 Gulfton Street, Ste 400
Houston, TX 77081

Innovat Col
Po Box 3500
Tustin, CA 92781

Wells Fargo Card Services
Po Box 5058
Portland, OR 97208

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14

| In re:<br>BRUNO ANTONIO DANNA AND JOSEFINE DANNA                    Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:09-bk-17750-AA |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled  Order on Chapter 13 Debtor's Motion under Local bankruptcy rule 3015-1 (n) and (w) to Modify plan or suspend payments
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of           7/22/2010           , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Kathy A Dockery efiling@CH13LA.com
- Anthony Egbase info@anthonyegbaselaw.com
- Sheryl K Ith sith@cookseylaw.com
- David F Makkabi cmartin@pprlaw.net
- Cassandra J Richey cmartin@pprlaw.net
- Ramesh Singh claims@recoverycorp.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Alice Whitten customer.service.bk@americredit.com

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                       F 3015-1.14

| In re:<br>BRUNO ANTONIO DANNA AND JOSEFINE DANNA    Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:09-bk-17750-AA |
|---|---|

Allied Credit/Alliance One
Attn: Bankruptcy
PO BOX 2449
Gig Harbor, WA 98335

Americredit
PO BOX 183853
Arlington, TX 76096

Awa Collections
po box 6605
Orange, CA 92863

Calif Student Aid
po box 419032
Rancho Cordova, CA 95741

Casa Linda
4815 Whittier Blvd
Los Angeles, CA 90022

Cititfingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Daniels Home Center
255 South Euclid Street
Anaheim, CA 92802

Er Solutions
Po Box 9004
Renton, WA 98057

FCI Loan Servicing
FKA Ritz Financial
17700 Castleton Street, Suite 538
Rowland Heights, CA 91748

Ford Motor Credit Corporation
PO Box 537901
Livonia, MI 48153

Francisco Flores

Gc Services
Attn: Bankruptcy
6330 Gulfton Street, Ste 400
Houston, TX 77081

Innovat Col
Po Box 3500
Tustin, CA 92781

Wells Fargo Card Services
Po Box 5058
Portland, OR 97208

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14