| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase, Onyinye Anyama, 262152<br>Law Offices of Anthony O. Egbase<br>The World Trade Center<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>(213) 620-7070 Fax: (213) 620-1200<br>California State Bar Number: 181721<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:09-bk-17750-AA |
|---|---|
| In re<br><br>Bruno Antonio Danna<br>Josefine Danna<br><br>                                       Debtor(s). | MOTION UNDER LOCAL BANKRUPTCY RULE 3015-1(n) and (w) TO SUSPEND PLAN PAYMENTS |
| | (No Hearing Required) |

1. The debtor(s) hereby move(s) this Court to modify the confirmed chapter 13 plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply)*:
   ☒ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☒ Cure the infeasibility of the plan.
   ☐ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed chapter 13 plan:
   The Order Confirming Plan was entered on **9/11/2009**.
   Plan payment amount(s): **$1,126.00** per month.
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **0** %.

4. There have been **1** previous modification order.
   Plan payments have been suspended for ___ months and/or the plan has been extended for ___ months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s): $ **138** per month.
   Length of plan: **36** months.
   Percentage to Class 5 general unsecured creditors: **0** %.

6. Proposed modification:
   ☒ Suspend *(indicate number of plan payments)* **7** plan payments.
   ☐ Extend the term by *(indicate number of months)* ___ month(s).
   ☒ Reduce the term by *(indicate number of months)* ___ month(s).
   ☐ Increase the plan payment from $ ___ to $ ___ from *(date)* _____ to *(date)* _____.
   ☒ Reduce the plan payment from $ **$** to $ **$** from *(date)* ___ to *(date)* ___.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 3015-1.6
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                   Best Case Bankruptcy

*Motion to Modify Plan or Suspend Plan Payments - Page 2*    F 3015-1.6

| In re<br><br>**Bruno Antonio Danna**<br>**Josefine Danna**<br><br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **2:09-bk-17750-AA** |
|---|---|

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect:

Debtor's motion to modify the plan was granted on July 26. Debtor is requesting a suspension of the 7 plan payments that were due during the pendency of the motion to modify the plan

*File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable **36** months after the first plan payment was due.

9. If this motion is granted:

   ☒ There will be no change in the percentage paid to Class 5 general unsecured creditors,

   OR

   ☐ The percentage paid to Class 5 general unsecured creditors will change from __% to __%.

Dated: **August 11, 2010**

_/s/ Onyinye Anyama_
Onyinye Anyama, 262152
Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **August 11, 2010**

/s/ **Bruno Antonio Danna**
**Bruno Antonio Danna**
Debtor

Dated: **August 11, 2010**

/s/ **Josefine Danna**
**Josefine Danna**
Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.6

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase, esq<br>Law Offices of Anthony O. Egbase<br>800 W. 1st Street<br>Suite 400-10<br>Los Angeles, CA 90012<br>(213) 620-7070 Fax: (213) 620-1200<br>181721<br>☐ Attorney for: | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>Bruno Antonio Danna<br>Josefine Danna<br>Debtor(s). | CASE NO.: 2:09-bk-17750<br>CHAPTER: 13<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists         Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: _____        Date Filed: _____

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_/s/ Bruno Danna_                                    Date _____
Signature of Signing Party
**Bruno Antonio Danna**
Printed Name of Signing Party

_/s/ Josefine Danna_                                 Date _____
Signature of Joint Debtor
**Josefine Danna**
Printed Name of Joint Debtor

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_/s/_                                              Date _____
Signature of Attorney for Signing Party
**Anthony O. Egbase, esq 181721**
Printed Name of Attorney for Signing Party

*Motion to Modify Plan or Suspend Plan Payments - Page 3*   F 3015-1.6

| In re<br>Bruno Antonio Danna<br>Josefine Danna<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **2:09-bk-17750-AA** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as **Motion to Suspend Plan Payments** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/11/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Kathy A Dockery efiling@CH13LA.com
Anthony Egbase info@anthonyegbaselaw.com
Sheryl K Ith sith@cookseylaw.com
David F Makkabi cmartin@pprlaw.net
Cassandra J Richey cmartin@pprlaw.net
Ramesh Singh claims@recoverycorp.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Alice Whitten customer.service.bk@americredit.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/11/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

1st Lender: FCI Loan Servicing, FKA Ritz Financial, 17700 Castleton Street, Suite 538, Rowland Heights, CA 91748

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 11, 2010 | Victor Hernandez | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        F 3015-1.6